**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY TROST also known as DAISY LYNNE MEADOWS,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>NEVADA BOARD OF PRISON COMMISSIONERS, *et al.*,<br><br>                    Defendants. | 3:22-cv-00214-ART-CSD<br><br>**ORDER OF APPOINTMENT OF COUNSEL** |

This case was referred to the *Pro Bono* Program ("Program") adopted in Amended General Order 2019-07 for the appointment of *pro bono* counsel. The court has been informed that *pro bono* counsel has been identified. Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, are hereby appointed as counsel for Plaintiff. The scope of appointment will be for all purposes through the conclusion of trial, but does not extend to the appeal, if any, of a final decision. Accordingly,

**IT IS HEREBY ORDERED** that Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, are hereby appointed as *pro bono* counsel for Plaintiff Roy Trost, aka Daisy Lynne Meadows, pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PRO BONO case flag and add Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, to the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, will not be charged fees for use of the court's filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** after completion legal services, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED:  August 26, 2022.



_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE