UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROY TROST, | Case No. 3:22-cv-00214-ART-CSD |
| Plaintiff | ORDER |
| v. | |
| NEVADA BOARD OF PRISON COMMISSIONERS et al., | |
| Defendants | |

On July 19, 2022, the Court issued an order referring this case to the pro bono program for the purpose of identifying counsel to represent Plaintiff for all purposes, including filing a second amended complaint, through the conclusion of trial. (ECF No. 61 at 3). On August 26, 2022, the Court appointed pro bono counsel. (ECF No. 63). The Court now grants pro bono counsel until November 1, 2022, to file a second amended complaint in this case. At that time, pro bono counsel will also notify the Court if Plaintiff is voluntarily withdrawing any of the motions filed prior to the appointment of pro bono counsel.

For the foregoing reasons, Plaintiff, through pro bono counsel, will file a second amended complaint on or before November 1, 2022, and will also notify the Court if any previously filed motions will be voluntarily withdrawn.

DATED: August 31, 2022.

_____
UNITED STATES MAGISTRATE JUDGE